Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–32744–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis J Gillen
   4 Kenneth Court
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–4626

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              2/5/20
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 20, 2019
JAN: eag

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-32744-ABA
Francis J Gillen                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Dec 20, 2019
                             Form ID: 132          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db            +Francis J Gillen,   4 Kenneth Court,   Sewell, NJ 08080-4115
518615098     +BANK OF AMERICA, N.A..,   Denise Carlon Esquire,   216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518605142     +Bank Of America Home Loans,   PO Box 15222,   Wilmington, DE 19886-5222
518605146    ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
              (address filed with court: Forster, Garbus & Garbus,   60 Motor Parkway,
               Commack, NY 11725-5710)
518605144     +Fenton & McGarvey,   2401 Stanley Gault Parkway,   Louisville, KY 40223-4175
518605145     +First Premier,   3820 N. Lousie Ave,   Sioux Falls, SD 57107-0145
518605148     +Gloucester County Special Civil,   1 N Broad Street,   Woodbury, NJ 08096-4602
518605147     +Gloucester County Special Civil,   1 North Broad Street,   C/O sc 00118510,
               Woodbury, NJ 08096-4602
518605149     +Gloucester County Special Civil,   1 North Broad Street,   Woodbury, NJ 08096-4602
518605155     +Marksman Landscape,   1975 Erial Rd,   Blackwood, NJ 08012-4482
518629587      Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
               Trenton, NJ 08625-0112
518605157      Pioneer Credit Recovery Inc,   P.O. Box 1018,   Moorestown, NJ 08057-0018
518605159     +Quality Assest Recovery,   7 Foster Ave STE 101,   Gibbsboro, NJ 08026-1191
518626936    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
518605161     +State Of New Jersey,   P.O. Box 445,   Department Of Treasury,   Trenton, NJ 08695-0445
518605162     +Sun East Federal Credit Union,   P.O. Box 2231,   Aston, PA 19014-0231
518605163     +Universal Recovery Corp,   2880 Sunrise Blvd, Ste 138,   Rancho Cordova, CA 95742-6103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 23:57:30     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 23:57:29     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518605141      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 20 2019 23:57:28     Asset Acceptance,
               Po Box 2036,   Warren, MI 48090-2036
518605143     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2019 00:06:08     Capital One Bank,
               P.O. Box 30281,   Salt Lake City, UT 84130-0281
518605152     +E-mail/Text: cio.bncmail@irs.gov Dec 20 2019 23:56:47     IRS,   1601 Market St,
               Philadelphia, PA 19103-2301
518605154     +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 00:06:07     Jc Penney,   P.O. Box 965007,
               Orlando, FL 32896-5007
518605156     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2019 23:57:29     Midland Funding,
               8875 Aero Dr, Ste 200,   San Diego, CA 92123-2255
518605158      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 00:06:10
               Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
518605160     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 21 2019 00:06:58     Regional Acceptance Corp,
               PO Box 830913,   Birmingham, AL 35283-0913
518607420     +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 00:06:07     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 10


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518605150*     IRS,   PO Box 744,   Springfield, NJ 07081-0744
518605151*     IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 7081
518605153*    +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
518629585*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   P.O. Box 245,   Dept Of Treasury-Division Of,
               Taxation,   Trenton, NJ 08695-0245)
                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Dec 20, 2019
                                 Form ID: 132              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Seymour  Wasserstrum   on behalf of Debtor Francis J Gillen mylawyer7@aol.com,  ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 4
```