Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

**Order Filed on April 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**ATTORNEY FOR CREDITOR: REGIONAL ACCEPTANCE CORPORATION**

| In re: | Bankruptcy No. 19-32744-ABA |
|---|---|
| FRANCIS J. GILLEN | Chapter 13 |
| Debtor, | Related to Doc. No. 11 |

CONSENT ORDER RESOLVING OBJECTION TO CHAPTER 13 PLAN DATED DECEMBER 19, 2019

The relief set forth on the following pages, number one (1) through seven (7) is hereby

ORDERED.

**DATED: April 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtors: | Francis J. Gillen |
| Case No.: | 19-32744-ABA |
| Caption of Order: | Consent Order Resolving Objection to Plan |

1. On or about December 12, 2015, Debtor purchased a 2015 Chevrolet Impala Sedan 4D LTZ, VIN #2G1165S35F9219261 (the "Vehicle"), pursuant to a Retail Installment Sale Contract (the "Contract") with the Regional Acceptance Corporation (RAC).

2. The Contract requires monthly payments of $699.22 at an interest rate of 14.95%.

3. As of the Petition Date, the outstanding balanced owed to RAC by Debtor pursuant to the above-referenced Contract was $22,859.82.  These amounts are reflected in the Proof of Claim filed by RAC on January 10, 2020 at Claim No 2-1.

4. Debtor's Chapter 13 Plan filed December 19, 2019 proposes payment to RAC in the amount of $5,316.62 at 0.0%.

5. RAC filed its objection to Debtor's Chapter 13 plan on January 21, 2020 at Doc No. 18 ("Objection").

6. In order to resolving the pending the Objection, the parties agree as follows:

    a. RAC shall have a secured claim at Claim No 2-1, in the amount of $13,500.00 at 6%, for a total secured claim of $15,660.00.

    b. The terms of this Consent Order shall be incorporated into the Debtor's Chapter 13 plan and any subsequent plan filed thereafter.

    c. RAC and Claim No. 2-1 shall be paid inside the Debtor's Chapter 13 Plan.

Case 19-32744-ABA    Doc 23    Filed 04/06/20    Entered 04/06/20 07:55:49    Desc Main
Document    Page 3 of 3

| | |
|---|---|
| Debtors: | Francis J. Gillen |
| Case No.: | 19-32744-ABA |
| Caption of Order: | Consent Order Resolving Objection to Plan |

    d. Any conversion or dismissal of this case shall void the terms of the consent order.

7. RAC hereby consents to service of any amended plan by and through its undersigned counsel.

| | |
|---|---|
| /s/ *Keri P. Ebeck*<br>Keri P. Ebeck , Esquire<br>Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8112<br>Email: kebeck@bernsteinlaw.com | /s/ *Seymour Wasserstrum*<br>Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360<br>(856) 696-8300<br>mylawyer7@aol.com |

Dated: April 2, 2020