**Bernstein-Burkley, P.C.**
**Keri P. Ebeck, Esquire**
**Bar No. 262092017**
**707 Grant Street, Suite 2200, Gulf Tower**
**Pittsburgh, PA 15219**
**(412) 456-8112**

Order Filed on April 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ATTORNEY FOR CREDITOR: REGIONAL ACCEPTANCE CORPORATION**

| In re:<br><br>FRANCIS J. GILLEN<br><br>Debtor, | Bankruptcy No. 19-32744-ABA<br><br>Chapter 13<br><br>Related to Doc. No. 11 |
|---|---|

CONSENT ORDER RESOLVING OBJECTION TO CHAPTER 13 PLAN DATED DECEMBER 19, 2019

The relief set forth on the following pages, number one (1) through seven (7) is hereby

ORDERED.

**DATED: April 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:          Francis J. Gillen
Case No.:         19-32744-ABA
Caption of Order: Consent Order Resolving Objection to Plan

1. On or about December 12, 2015, Debtor purchased a 2015 Chevrolet Impala Sedan 4D LTZ, VIN #2G1165S35F9219261 (the "Vehicle"), pursuant to a Retail Installment Sale Contract (the "Contract") with the Regional Acceptance Corporation (RAC).

2. The Contract requires monthly payments of $699.22 at an interest rate of 14.95%.

3. As of the Petition Date, the outstanding balanced owed to RAC by Debtor pursuant to the above-referenced Contract was $22,859.82. These amounts are reflected in the Proof of Claim filed by RAC on January 10, 2020 at Claim No 2-1.

4. Debtor's Chapter 13 Plan filed December 19, 2019 proposes payment to RAC in the amount of $5,316.62 at 0.0%.

5. RAC filed its objection to Debtor's Chapter 13 plan on January 21, 2020 at Doc No. 18 ("Objection").

6. In order to resolving the pending the Objection, the parties agree as follows:

    a. RAC shall have a secured claim at Claim No 2-1, in the amount of $13,500.00 at 6%, for a total secured claim of $15,660.00.

    b. The terms of this Consent Order shall be incorporated into the Debtor's Chapter 13 plan and any subsequent plan filed thereafter.

    c. RAC and Claim No. 2-1 shall be paid inside the Debtor's Chapter 13 Plan.

| Debtors: | Francis J. Gillen |
|---|---|
| Case No.: | 19-32744-ABA |
| Caption of Order: | Consent Order Resolving Objection to Plan |

    d. Any conversion or dismissal of this case shall void the terms of the consent order.

7. RAC hereby consents to service of any amended plan by and through its undersigned counsel.

| | |
|---|---|
| /s/ *Keri P. Ebeck*<br>Keri P. Ebeck , Esquire<br>Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8112<br>Email: kebeck@bernsteinlaw.com | /s/ *Seymour Wasserstrum*<br>Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360<br>(856) 696-8300<br>mylawyer7@aol.com |

Dated: April 2, 2020

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-32744-ABA
Francis J Gillen                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Apr 06, 2020
                          Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2020.
db             +Francis J Gillen,   4 Kenneth Court,   Sewell, NJ 08080-4115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2020 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Seymour Wasserstrum    on behalf of Debtor Francis J Gillen mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 5