# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel
Jennifer R. Gorchow, Staff Attorney
William H. Clunn, III, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Lu'Shell K. Alexander*
*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

January 12, 2022

The Honorable Judge Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

    RE:    Chapter 13 Bankruptcy
           Debtor(s) Name: **FRANCIS J. GILLEN**
           Case No. **19-32744 ABA**
           Hearing Date: **N/A**

Dear Judge Altenburg, Jr.:

    Please withdraw the Trustee's Certification of Default/Motion to Dismiss in connection with the above-captioned case.

    Please feel free to contact me if you have any questions or require additional information.

    Respectfully submitted,

    ***OFFICE OF THE CHAPTER 13***
    ***STANDING TRUSTEE***

    */s/ Isabel C. Balboa*

    Isabel C. Balboa
    Chapter 13 Standing Trustee

ICB:
cc:
    Seymour Wasserstrum, Esquire (Via Electronic Case Filing / ECF)
    Francis J. Gillen (Via Regular Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978