# LAW OFFICES OF SEYMOUR WASSERSTRUM

**ATTORNEYS AT LAW**

| | |
|---|---|
| 205 W. LANDIS AVE | 1040 N. KINGS HWY, SUITE 304 |
| VINELAND, NJ 08360 | CHERRY HILL, NJ 08002 |
| | *Do not mail to this address |

SEYMOUR WASSERSTRUM

TELEPHONE: (856) 696-8300
FACSIMILE: (856) 696-6962
FACSIMILE: (856) 696-3586

January 25, 2022

Honorable Andrew B. Altenberg, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

Re: **Francis J Gillen**
Chapter 13 Case No.: 19-32744/ABA
Withdraw of Modified Chapter 13 Plan

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Modified Chapter 13 Plan, which was filed on January 11, 2022, under docket number 36.

Thank you for your kind attention.

Respectfully Submitted,

/s/ Seymour Wasserstrum, Esq.
Seymour Wasserstrum, Esq.