Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32744−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francis J Gillen
  4 Kenneth Court
  Sewell, NJ 08080

Social Security No.:
  xxx−xx−4626

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 24, 2020.

On August 31, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              October 12, 2022
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 1, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Francis J Gillen  
    Debtor

Case No. 19-32744-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 01, 2022      Form ID: 185      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis J Gillen, 4 Kenneth Court, Sewell, NJ 08080-4115 |
| 518615098 | + | BANK OF AMERICA, N.A.., Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518605146 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 518605144 | + | Fenton & McGarvey, 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 518605148 | + | Gloucester County Special Civil, 1 N Broad Street, Woodbury, NJ 08096-4602 |
| 518605147 | + | Gloucester County Special Civil, 1 North Broad Street, C/O sc 00118510, Woodbury, NJ 08096-4602 |
| 518605149 | + | Gloucester County Special Civil, 1 North Broad Street, Woodbury, NJ 08096-4602 |
| 518605155 | + | Marksman Landscape, 1975 Erial Rd, Blackwood, NJ 08012-4482 |
| 518605157 | | Pioneer Credit Recovery Inc, P.O. Box 1018, Moorestown, NJ 08057-0018 |
| 518605159 | + | Quality Assest Recovery, 7 Foster Ave STE 101, Gibbsboro, NJ 08026-1191 |
| 518605161 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518626936 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518629585 | | State of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of, Taxation, Trenton, NJ 08695-0245 |
| 518645598 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 518605162 | + | Sun East Federal Credit Union, P.O. Box 2231, Aston, PA 19014-0231 |
| 518605163 | + | Universal Recovery Corp, 2880 Sunrise Blvd, Ste 138, Rancho Cordova, CA 95742-6103 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518605141 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Sep 01 2022 20:58:00 | Asset Acceptance, Po Box 2036, Warren, MI 48090-2036 |
| 518605142 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 01 2022 20:58:00 | Bank Of America Home Loans, PO Box 15222, Wilmington, DE 19886-5222 |
| 518681022 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 01 2022 20:58:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518605143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2022 21:07:27 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518605145 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 01 2022 21:07:43 | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 518605152 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2022 20:58:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518605154 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 19-32744-ABA    Doc 59    Filed 09/03/22    Entered 09/04/22 00:11:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2022 | Form ID: 185 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 01 2022 21:07:29 | Jc Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 518605156 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2022 20:58:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 518629587 | ^ | MEBN | Sep 01 2022 20:53:59 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518605158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2022 21:07:47 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519243639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2022 21:07:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2022 21:07:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518605160 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 01 2022 21:07:50 | Regional Acceptance Corp, PO Box 830913, Birmingham, AL 35283-0913 |
| 518655897 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 01 2022 21:07:50 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518607420 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2022 21:07:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518656086 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 01 2022 20:58:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518691847 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 01 2022 21:07:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518605151 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 518605150 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518605153 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2022 | Form ID: 185 | Total Noticed: 35 |

**below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com |
| Seymour Wasserstrum | on behalf of Debtor Francis J Gillen mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6