Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32744−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis J Gillen
   4 Kenneth Court
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4626

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/12/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 12, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 19-32744-ABA

Francis J Gillen                                                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 148 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis J Gillen, 4 Kenneth Court, Sewell, NJ 08080-4115 |
| 518615098 | + | BANK OF AMERICA, N.A.., Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518605146 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 518605144 | + | Fenton & McGarvey, 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 518605148 | + | Gloucester County Special Civil, 1 N Broad Street, Woodbury, NJ 08096-4602 |
| 518605147 | + | Gloucester County Special Civil, 1 North Broad Street, C/O sc 00118510, Woodbury, NJ 08096-4602 |
| 518605149 | + | Gloucester County Special Civil, 1 North Broad Street, Woodbury, NJ 08096-4602 |
| 518605155 | + | Marksman Landscape, 1975 Erial Rd, Blackwood, NJ 08012-4482 |
| 518605157 | | Pioneer Credit Recovery Inc, P.O. Box 1018, Moorestown, NJ 08057-0018 |
| 518605159 | + | Quality Assest Recovery, 7 Foster Ave STE 101, Gibbsboro, NJ 08026-1191 |
| 518605161 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518626936 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518629585 | | State of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of, Taxation, Trenton, NJ 08695-0245 |
| 518605162 | + | Sun East Federal Credit Union, P.O. Box 2231, Aston, PA 19014-0231 |
| 518645598 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 518605163 | + | Universal Recovery Corp, 2880 Sunrise Blvd, Ste 138, Rancho Cordova, CA 95742-6103 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518605141 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Oct 12 2022 21:22:00 | Asset Acceptance, Po Box 2036, Warren, MI 48090-2036 |
| 518605142 | + | EDI: BANKAMER.COM | Oct 13 2022 01:08:00 | Bank Of America Home Loans, PO Box 15222, Wilmington, DE 19886-5222 |
| 518681022 | | EDI: BANKAMER.COM | Oct 13 2022 01:08:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518605143 | + | EDI: CAPITALONE.COM | Oct 13 2022 01:08:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518605145 | + | EDI: AMINFOFP.COM | Oct 13 2022 01:08:00 | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 518605152 | + | EDI: IRS.COM | Oct 13 2022 01:08:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518605154 | + | EDI: RMSC.COM | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 148 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 13 2022 01:08:00 | Jc Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 518605156 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2022 21:22:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 518629587 | ^ | MEBN | Oct 12 2022 21:18:48 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518605158 | | EDI: PRA.COM | Oct 13 2022 01:08:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519243639 | | EDI: PRA.COM | Oct 13 2022 01:08:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243640 | | EDI: PRA.COM | Oct 13 2022 01:08:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518605160 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 12 2022 21:28:18 | Regional Acceptance Corp, PO Box 830913, Birmingham, AL 35283-0913 |
| 518655897 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 12 2022 21:28:18 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518607420 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518656086 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 12 2022 21:22:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 519703877 | + | Email/Text: bkteam@selenefinance.com | Oct 12 2022 21:22:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519703878 | + | Email/Text: bkteam@selenefinance.com | Oct 12 2022 21:22:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 518691847 | + | EDI: AIS.COM | Oct 13 2022 01:08:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518605151 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 518605150 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518605153 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Seymour Wasserstrum | on behalf of Debtor Francis J Gillen mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6